**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LOLETA M. MOTT, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STONECREST INCOME & OPPORTUNITY FUND I, LLC, et al.,**<br><br>**Defendants.** | **Civil Action No. 12-1292** |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter the appearance of David A. Searles on behalf of Plaintiff in the above-captioned matter.

      **Respectfully submitted,**

      **FRANCIS & MAILMAN, P.C.**

BY:   */s/ David A. Searles*
       DAVID A. SEARLES
       Land Title Building, 19th Floor
       100 South Broad Street
       Philadelphia, PA  19110
       (215) 735-8600

Dated: March 13, 2012