IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOLETA M. MOTT, on behalf of herself and all others similarly situated,** | : | **CIVIL ACTION** |
| Plaintiffs | : | |
| vs. | : | NO. 12-1292 |
| **STONECREST INCOME & OPPORTUNITY FUND I, LLC, et al.,** | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this 27th day of August, 2012, following a telephone status conference with all parties, it is hereby **ORDERED** that the parties will file a Motion for Preliminary Approval of the Class Action Settlement on or before **Monday, December 3, 2012**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.