UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOLETA M. MOTT, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) STONECREST MANAGERS ) and ) JON O. FREEMAN, ) ) Defendants. ) ) | CLASS ACTION C. A. No. 12-1292 |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND AWARD TO CLASS REPRESENTATIVE**

Plaintiff Loleta M. Mott hereby moves this Court for an award of attorneys' fees and costs, as prevailing party in this class action settlement, and also for an award to the Class Representative. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law and Declaration of Class Counsel.

Date: April 8, 2013                                      Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

*/s/ David A. Searles*
JAMES A. FRANCIS
DAVID A. SEARLES
100 South Broad Street, 19th Floor
Philadelphia, PA 19110
(215) 735-8600